695

tioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent.

No. 82. MOORE, TRUSTEE IN BANKRUPTCY, *v.* JAHNS ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas S. Tobin* for petitioner. *Mr. S. M. Haskins* for respondents.

No. 83. COURTRIGHT ET AL., ADMINISTRATRICES, *v.* LEGISLATIVE STATUTORY COMMISSION ET AL. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Albert S. Frost* for petitioners. *Messrs. Wilbur F. Denious, Byron G. Rogers,* and *Hudson Moore* for respondents.

No. 88. ANDERSON ET AL. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. R. C. Fulbright* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 89. GARROW *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. William J. Hughes, Jr.,* and *William E. Leahy* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Charles D. Lawrence* for the United States.